### SCANDRETT v. EVANS.

FISH, C. J. There was sufficient evidence to authorize the verdict, and, therefore, the court did not err in overruling the motion for a new trial based solely on the general grounds.

*Judgment affirmed. All the Justices concur.*

Argued January 19,—Decided April 15, 1909.

Complaint. Before Judge Felton. Bibb superior court. February 3, 1908.

*Hall & Hall* and *Olin J. Wimberly,* for plaintiff in error.
*Lane & Park,* contra.